IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAY A. PETERSON,

    Plaintiff,

v.

JUDGE RICHARD C. NIESS

    Defendant.

JUDGMENT IN A CIVIL CASE

12-cv-150-slc

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Judge Richard Niess granting his motion to dismiss this case.

_Peter Oppeneer_  
Peter Oppeneer, Clerk of Court

7/6/12  
Date